# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN NGUYEN,<br>        Petitioner,<br>  v.<br>DOMINGO URIBE,<br>        Respondent. | NO. CV 11-8172-FMO (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 29, 2014

                                        /s/
                          FERNANDO M. OLGUIN
                        UNITED STATES DISTRICT JUDGE